**STATE of Missouri, Plaintiff/Respondent,**

v.

**Reginald JONES, Defendant/Appellant.**

**No. ED 84743.**

Missouri Court of Appeals, Eastern District, Division One.

June 21, 2005.

Michelle Murphy Rivera, St. Louis, MO, for appellant.

Deborah Daniels, Lisa Kennedy, Co-Counsel, Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, SR., P.J., SHERRI B. SULLIVAN, J., and BOOKER T. SHAW, J.

### ORDER

PER CURIAM.

Reginald Jones (Appellant) appeals from the trial court's denial of his *Batson*[1] challenge. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's denial of Appellant's challenge was not clearly erroneous. *State v. Costello*, 101 S.W.3d 311, 312 (Mo. App. E.D.2003). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).

1. *Batson v. Kentucky,* 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986).